Pro Se General Complaint for a Civil Case (Rev. 10/16)

# United States District Court
## for the
## NORTHERN DISTRICT OF ALABAMA

FILED
2022 MAR 25 A 9 14
U.S. DISTRICT COURT
N.D. OF ALABAMA

MICHAEL ROBERT DUVALL

*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

v.

Case No.: 5:22-CV-383-AKK
(to be filled in by the Clerk's Office)

JURY TRIAL ☐ Yes  ☐ No

UNITED STATES SPACE AND ROCKET CENTER

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff**
       Name: MICHAEL ROBERT DUVALL
       Street Address: 6209 DAKOTA CIRCLE
       City and County: HUNTSVILLE, MADISON
       State and Zip Code: ALABAMA 35810
       Telephone Number: 256-508-0337

   B.  **The Defendant(s)**

       Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Page 1 of 7

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 1
Name: U.S. SPACE AND ROCKET CENTER
Job or Title: THE DIRECTOR
Street Address: 1 TRANQUILITY BASE
City and County: HUNTSVILLE MADISON
State and Zip Code: ALABAMA 35811

Defendant No. 2
Name: U.S. SPACE AND ROCKET CENTER
Job or Title: HEAD OF SECURITY
Street Address: 1 TRANQUILITY BASE
City and County: HUNTSVILLE MADISON
State and Zip Code: ALABAMA 35811

Defendant No. 3
Name:
Job or Title:
Street Address:
City and County:
State and Zip Code:

Defendant No. 4
Name:
Job or Title:
Street Address:
City and County:
State and Zip Code:

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 5
   Name
   Job or Title
   Street Address
   City and County
   State and Zip Code

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Constitutional or Federal Question  ☑ USA Defendant  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency **U.S. SPACE AND ROCKET CENTER**

Address **1 TRANQUILITY BASE, HUNTSVILLE, AL. 35811**

### B. If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**DENYING ME MY FIRST CONSTITUTIONAL AMENDMENT, FREEDOM OF RELIGION AND FREEDOM OF ASSEMBLY**

Pro Se General Complaint for a Civil Case (Rev.10/16)

C. **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

   The plaintiff, *(name)*_____, is a citizen of the State of *(name)*_____.

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)*_____, is a citizen of the State of *(name)*_____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)*_____, is incorporated under the laws of the State of *(name)*_____, and has its principal place of business in the State of *(name)*_____.

   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

   _____
   _____
   _____

III. **Statement of Claim**

# STATEMENT PAGE 1

I THREW HIS CLIPBOARD WITH PAPER DOWN TO THE GROUND.

THEY THREATEND ME TO NEVER COME BACK ON PUBLIC GROUND THEIR EVER AGAIN.

I DONT KNOW WHY THEY TOLD ME TO NEVER COME BACK THEIR.

WELL, A MONTH AGO, I THOUGHT EVERYTHING WAS SETTLED DOWN, SO I WENT BACK TO U.S. SPACE + ROCKET CENTER PROPERTY AGAIN BY THE STORM SEWER LID JUST TO ADMIRE THE SATURN V ROCKT.

I WAS QUICKLY APPROCHED BY 2 MEN (SECURITY) AND (KEEP IN MIND) I HAVNT BEEN OUT THEIR IN A LONG TIME.

THEY JUMPED OUT OF THEIR VAN, AND A GUY SAID " YOUR MICHAEL ROBERT DUVALL "

WE HAD AN EXCHANGE OF A FEW WORDS, THEN HE BASICLY

STATEMENT PAGE 2

THREATENED ME. I THEN CALLED SPACE CENTER ON PHONE, THEY GOT ME IN TOUCH WITH HEAD OF SECURITY, I ASKED HIM, "WHY AM I NOT ALLOWED ON U.S. SPACE + ROCKET CENTER PROPERTY??"

HE SAID, AND I QUOTE " I WASN'T ALLOWED THEIR BECAUSE HE SAID I WAS TRYING TO ATTEMPED TO BUST OPEN SEAL NO. 7 OF THE HOLY BIBLE.

YES, IT'S TRUE, I WAS ATTEMPTING TO BUST OPEN SEAL NO. 7 OF THE HOLY BIBLE.

SO, WHAT THIS TELLS ME IS THE SPACE + ROCKET CENTER DOES NOT BELIEVE IN THE HOLY BIBLE, AND THEY HAVE DENIGHED ME ACCESS TO A PUBLIC PLACE, NOW KEEP IN MIND, I WAS NO WHERE NEAR ANYBODY, I WAS MINDING MY OWN BUSINESS, NOT BOTHERING ANYBODY.

STATEMENT PAGE 3

I JUST DON'T UNDERSTAND IT,
I WASNT AROUND ANYBODY,
I WAS MINDING MY OWN
BUSNESS IN THE PARKING LOT
AND THEIR EMPLOYEES
STARTED THREATNING ME WITH
JAIL & HARASSING ME.
    AND THIS IS A PUBLIC
PLACE FOR EVERYONE
AND ANYONE WHO DOES NOT
BREAK THE LAW THEIR
    AND I WAS NOT BREAKING THE
LAW AT ALL.
    HOW WOULD YOU FEEL BEING
TOLD YOU COULD NOT COME
AND VISIT A PUBLIC PLACE ???

RELIEF, PAGE 1 OF 1

IT IS A SLAP IN THE FACE OR SHOULD I SAY A PUNCH IN THE STOMACH AS THE UNITED STATES SPACE AND ROCKET CENTER REFUSES TO FLY THE GREAT STATE OF ALABAMA FLAG.

HOW CAN THE U.S. FLAG FLY THEIR WITHOUT A STATE FLAG BACKING IT UP?

No 3) SINCE SECURITY THEIR ACCUSED ME OF ATTEMPTING TO BUST OPEN SEAL NO. 7 OF THE HOLY BIBLE, I AM ASKING THE COURT FOR DAMAGES OF 7 MILLION DOLLARS. THEIR GLOBAL, THEY CAN AFFORD IT.

No 4) IF ITS A PUBLIC PLACE, LET THE PUBLIC ENJOY IT AS LONG AS NO LAW IS BEING BROKEN

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

IN THE YEAR 2018, I WAS IN THE PARKING LOT (BY SATURN V ROCKET, ON THE STORM SEWER LID, I WAS NOT AROUND ANY BODY (BY MYSELF) AND 3 SPACE + ROCKET EMPLOYEES (FOR NO REASON) ASKED ME TO SIGN A PIECE OF PAPER AGREEING TO NEVER COME BACK ON U.S. SPACE + ROCKET CENTER PROPERTY. (STATEMENT PAGES 1, 2, 3)

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

No 1. I WANT A WRITTEN LETTER OF APOLOGY FROM THE DIRECTOR OF THE UNITED STATES SPACE AND ROCKET CENTER

No 2. I WANT THE UNITED STATES SPACE + ROCKET CENTER TO BE FORCED TO FLY (ONCE AGAIN) THE GREAT STATE OF ALABAMA FLAG.

(RELIEF — 1 EXTRA PAGE)

Page 5 of 7

Pro Se General Complaint for a Civil Case (Rev.10/16)

## V. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name __MICHAEL__ Last Name __DUVALL__
Mailing Address __6209 DAKOTA CIRCLE__
City and State __HUNTSVILLE, AL__ Zip Code __35810__
Telephone Number __256 508 0337__
E-mail Address __N/A__

Signature of plaintiff __Michael Robert Duvall__
Date signed __03-25-2022__

**OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

Page 6 of 7

Pro Se General Complaint for a Civil Case (Rev.10/16)

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

E-mail type:
- ☐ HTML – Recommended for most e-mail clients
- ☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

_____

Participant signature:_____

Date:_____